RECEIVED
AUG 2 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MELVIN PRICE | CIVIL ACTION NO. 04-2082 |
| VERSUS | JUDGE DOHERTY |
| PMB OPERATORS, INC. | MAGISTRATE JUDGE HILL |

## ORDER

Considering the Motion for Summary Judgment [Doc. 79] and the Motion for Leave to File Reply Memorandum [Doc. 88], both by Associated International Insurance Company, and for the reasons more fully set forth on the record this date,

IT IS HEREBY ORDERED that the Motion for Summary Judgment shall be and is DENIED for failure to carry the burden of proof.

IT IS HEREBY FURTHER ORDERED that the Motion for Leave is DENIED.

THUS DONE AND SIGNED at Lafayette, Louisiana, this __27__ day of August, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE