RECEIVED
SEP 18 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MELVIN PRICE | CIVIL ACTION NO. 04-2082 |
| VERSUS | JUDGE DOHERTY |
| PMB OPERATORS, INC. | MAGISTRATE JUDGE HILL |

## ORDER

This Court having received notice that the parties to this action have agreed to settle their claims,

IT IS HEREBY ORDERED that this action shall be and is DISMISSED WITHOUT PREJUDICE. No later than sixty (60) days of the date hereof, the parties shall file one of the following: (a) a motion for entry of judgment on all claims; (b) a motion to reopen this matter and reinstate all claims for failure to finalize the settlement agreement; or (c) a motion to enforce the settlement agreement. This Court shall retain jurisdiction over this matter until such time as compliance with this Order has been fulfilled.

THUS DONE AND SIGNED this ___ day of _Sept_____, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE